The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 24, 2011, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: June 24, 2011**

Arthur I. Harris
United States Bankruptcy Judge

BK1002918
DP

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 08-14058 |
| Davida R. Franklin-Hunter | Chapter 13<br>Judge Harris |
| Debtor | |
| | **ORDER GRANTING FINAL MODIFICATION OF AUTOMATIC STAY AND CO-DEBTOR STAY OF U.S. BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY BY AND THROUGH U.S. BANK MORTGAGE ITS SERVICER (PROPERTY ADDRESS: 15811 PARKGROVE AVENUE, CLEVELAND, OH 44110)** |

This matter is before the Court upon the Agreed Order on Motion for Relief From Stay and Co-Debtor Stay of U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company by and through U.S. Bank Home Mortgage its servicer; and upon the Affidavit of Default by Kara Knable dated May 4, 2011; and it appearing to the Court that the Creditor holds the promissory note and first mortgage describing certain real estate owned by the debtor and located at 15811 Parkgrove Avenue, Cleveland, OH 44110, which mortgage loan obligation is in default; and it further appearing that said debtor has failed to comply with the terms of the Agreed Order on Motion for Relief From Stay and Co-Debtor Stay filed herein on May 6, 2010, and that said Creditor has filed an appropriate Affidavit of Default herein pursuant to the terms of said Agreed Order; accordingly.

IT IS ORDERED THAT the automatic stay invoked herein by Section 362 of the Bankruptcy Code and the co-debtor stay imposed by Section l30l of the Bankruptcy Code, shall be, and hereby are, terminated in all respects as against the Creditor, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor. Movant is directed to file a report of sale promptly following liquidation of the property located at 15811 Parkgrove Avenue, Cleveland, OH 44110 (the "Collateral") if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the collateral has not been liquidated, the deficiency claim is to be estimated.

###

SUBMITTED BY:

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0083298
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
nohbk@lsrlaw.com

COPIES TO:
Donald Butler, Esq. - Attorney for Debtor
75 Public Square
Suite 600
Cleveland, OH 44113
BUTDON@AOL.COM
VIA ELECTRONIC SERVICE

Davida R. Franklin-Hunter - Debtor
15811 Parkgrove Avenue
Cleveland, OH 44110
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Christopher E. Hunter - Co-Debtor
15811 Parkgrove Avenue
Cleveland, OH 44110
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Craig H. Shopneck - Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
chap13shopneck@chap13cleve.com
VIA ELECTRONIC SERVICE

Ronald C Taylor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE